UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRADFIELD THOMPSON**, <br> Plaintiff, <br> v. <br> **NATIONSTAR MORTGAGE LLC**, <br> Defendant. | Case No. 16-cv-01677-YGR <br><br> **ORDER OF DISMISSAL FOR FAILURE TO PAY THE FILING FEE** |

On May 6, 2016, the Court denied plaintiff's application to proceed *in forma pauperis*. (Dkt. No. 13.) The Court ordered plaintiff to pay the filing fee by May 27, 2016. (*Id.*) Plaintiff has not done so.

Accordingly, the case is **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee. The Clerk is **ORDERED** to close the case.

**IT IS SO ORDERED.**

Dated: June 6, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**